Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864 0:20CR00020-001(MJD) |
| DOCKET NO. (Receiving Court) | 4:22-cr-00131 JAR |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Alan Gaines | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Michael J. Davis | |
| | DATES OF PROBATION | FROM 10/28/2021 | TO 10/27/2022 |

OFFENSE

Conspiracy to Retrain Trade 15 U.S.C. § 1

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

   IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District Of Missouri</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

January 28, 2022                                        s/Michael J. Davis
Date                                                              United States District Judge
                                                                         Michael J. Davis

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

   IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

March 7, 2022                                          *Audrey G. Fleissig*
Effective Date                                          United States District Judge